U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA BEYARD, ET AL. | CIVIL ACTION NO. 06-2296 |
| versus | JUDGE WALTER |
| CADDO PARISH COMMISSION, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 9) is granted** as follows:

1. All claims against the Louisiana Department of Public Safety and Corrections (referred to in the complaint as Louisiana Department of Corrections) are dismissed without prejudice for lack of subject matter jurisdiction;

2. All claims against the Louisiana Department of Health and Hospitals are dismissed without prejudice for lack of subject matter jurisdiction;

3. All federal official capacity claims against Richard Stalder, David Hood, Anthony Batson and Jimmy Guidry are dismissed without prejudice for lack of subject matter jurisdiction; and

4. All federal individual capacity claims against Richard Stalder, Anthony Batson, David Hood and Jimmy Guidry are dismissed with prejudice for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that all federal claims against all remaining defendants are dismissed for failure to state a claim upon which relief can be granted, and all state law claims asserted in the complaint are dismissed without prejudice pursuant to 28

U.S.C. § 1367(c)(3). This resolves all claims against all parties, so this is a final judgment pursuant to F.R.C.P. 58.

    THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___10___ day of _____June_____, 2007.

                                    DONALD E. WALTER
                                UNITED STATES DISTRICT JUDGE